UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 08CR 2331-JLS |
| Plaintiff ) | CRIMINAL NO. | 08MJ 2001 |
| ) | | |
| ) | ORDER | |
| vs. ) | | |
| ) | RELEASING MATERIAL WITNESS | |
| Allmon (1) ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States ~~District~~/Magistrate Judge, **Barbara L. Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material witness~~ be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Leopoldo Castaneda - Acosta**

DATED: **7/17/08**

**Barbara L. Major**
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
        by _____
              Deputy Clerk

**M. BEHNING**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062