UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff </br> vs. </br> Allmon (1) </br> Defendant(s) | CRIMINAL NO. 08CR2331-JLS </br> 08MJ2001 </br> ORDER </br> RELEASING MATERIAL WITNESS </br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Barbara L. Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Rodolfo Solano-Serapio**

DATED: 7/17/08

Barbara L. Major
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

M. BEHNING